

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
LISTON ALEXIS,

               Plaintiff,

               JUDGMENT
               19-CV-3300 (ENV) (VMS)

     v.

D.O.C. CITY OF NEW YORK,

               Defendant.
------------------------------------------------------------ X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 01 2019 ★
BROOKLYN OFFICE

     A Summary Memorandum and Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on August 19, 2019, dismissing the amended complaint with leave to file a second amended complaint within 30 days from the entry of this Memorandum and Order; certifying pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith; denying *in forma pauperis* status for the purpose of an appeal, *See Coppedge v. United States*, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed 2d 21 (1962); and a Memorandum and Order having been filed on October 31, 2019, dismissing this action; and directing the Clerk of Court to enter judgment; it is

     ORDERED and ADJUDGED that this action is dismissed; that pursuant to 28 U.S.C. § 1915(a)(3), any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of any appeal. *Coppedge v. United States*, 369 U.S. 438, 444—45 (1962).

Dated: Brooklyn, NY
       November 1, 2019

                                                Douglas C. Palmer
                                                Clerk of Court

                                     By:    */s/Jalitza Poveda*
                                                    Deputy Clerk

